# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

MAELINDA JOHNSON,

    Plaintiff,

vs.                               CASE NO. 5:10-cv-128/RS-EMT

FRITO-LAY, INC.,

    Defendant.

_____/

## ORDER

Before me is Plaintiffs' Notice of Resolution (Doc. 18). Pursuant to N.D. Fla. Loc. 16.2 it is ordered:

1. The case is **dismissed with prejudice**.

2. The clerk is directed to close this case in its entirety for all purposes.

**ORDERED** on December 10, 2010

                                       /S/ Richard Smoak
                                       **RICHARD SMOAK**
                                       **UNITED STATES DISTRICT JUDGE**